Plaintiff's Name: _____
CDCR No. _____
Address: CCWF, 505
P.O. BOX 1508
CHOWCHILLA, CA 93610

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARROLL, T., BROWN, L.
(Name of Plaintiff)

1:23-cv-00004-GSA(PC)
(Case Number)

vs.

VALLEJO POLICE DEPARTMENT,
SOLANO COUNTY JAIL, LA
COUNTY JUVENILE HALLS AND
PROBATION DEPARTMENT, CYA,
L.A COUNTY JAIL, CDCR
JOHN-JANE DOE(S) 1-100
(Names of all Defendants)

CIVIL RIGHTS COMPLAINT UNDER:

☐ 42 U.S.C. 1983 (State Prisoner)

I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):

   A. Have you brought any other lawsuits while a prisoner? Yes ✓ No ___

   B. If your answer to A is yes, how many? MULTIPLE

   Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

   1. Parties to this previous lawsuit:

      Plaintiff CARROLL

      Defendants C/O TOELE

   2. Court (if Federal Court, give name of District; if State Court, give name of County)
      U.S. DISTRICT COURT

   3. Docket Number 3:20-CV-79-BAS-RBM  4. Assigned Judge RBM

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)

SETTLED

6. Filing Date (approx.) __2019__    7. Disposition Date (approx.) __2022__

II. Exhaustion of Administrative Remedies

NOTICE: Pursuant to the Prison Litigation Reform Act of 1995, A[n]o action shall be brought with respect to prison conditions under [42 U.S.C. " 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted.§ 42 U.S.C. " 1997e(a). Prior to filing suit, inmates are required to exhaust the available administrative remedy process, Jones v. Bock, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007), McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, Porter v. Nussle, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. Jones, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes ✓   No ___

B. Have you filed an appeal or grievance concerning ALL of the facts contained in this complaint?

Yes ✓   No ___

C. Is the process completed?

Yes ✓   If your answer is yes, briefly explain what happened at each level.

CDCR PREA POLICY IS A JOKE AND REALLY A COVER-UP UNIT TO MAKE SURE STAFF ARE NEVER PROSECUTED FOR SEXUALLY VIOLATING INMATES. ADDITIONALLY, THE GRIEVANCE PROCESS IS TO CIRCUMVENT DUE PROCESS RIGHTS AND DOESN'T ADDRESS ISSUES OUTSIDE OF CDCR

No ___   If your answer is no, explain why not.

II. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name JOHN/JANE DOE(S) is employed as VALLEY POLICE DEPARTMENT

Current Address/Place of Employment VALLEJO POLICE DEPARTMENT

B. Name JOHN/JANE DOE(S) is employed as SOLANO COUNTY JAIL STAFF

Current Address/Place of Employment: SOLANO COUNTY JAIL

C. Name JOHN/JANE DOE(S) is employed as CDCR STAFF

Current Address/Place of Employment CDCR

D. Name JOHN/JANE DOE(S) is employed as L.A. COUNTY JUVENILE PROBATION

Current Address/Place of Employment LA COUNTY JUVENILE PROBATION DEPARTMENT

E. Name JOHN/JANE DOE(S) is employed as LA COUNTY SHERIFFS DEPARTMENT

Current Address/Place of Employment LA COUNTY JAIL

IV. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

Claim 1: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom from cruel and unusual punishment, etc.):

AB218, CDCR/U.S. PREA POLICY, GENEVA/TORTURE CONVENTION, CRUEL/UNUSUAL PUNISHMENT, RECKLESS ENDANGERMENT, DELIBERATE INDIFFERENCE

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

AFTER ARREST BY VALLEJO POLICE DEPARTMENT, PLAINTIFF BROWN, LATASHA WAS SEXUALLY ASSAULTED BY MULTIPLE OFFICERS. THESE SEXUAL VIOLATIONS AND TORTURE CONTINUED WHEN PLAINTIFF BROWN WAS MOVED TO SOLANO COUNTY JAIL AND HAS CONTINUED THROUGHOUT HER INCARCERATION IN CDCR. SHE'S SUFFERED RACIAL DISCRIMINATION ALONG WITH

DISCRIMINATION FOR BEING LGTBQ AND/OR BEING FRIENDS WITH SB132 PEOPLE (PLAINTIFF CARROLL SPECIFICALLY). PLAINTIFF CARROLL WAS MOLESTED BY L.A. COUNTY PROBATION STAFF WHILE HOUSED AT THE FOLLOWING JUVENILE HALLS: LOS PADRINOS, EASTLAKE AND SYLMAR AND THE FOLLOWING L.A. COUNTY PROBATION CAMPS: KILPATRICK, MENDENHALL, MIRA LOMA, AFLERBAUGH, CALIFORNIA YOUTH AUTHORITY, L.A. COUNTY JAIL AND CDCR; INCLUDING DEPARTMENTAL STATE HOSPITAL -- ALL BY EMPLOYEES OF THESE PLACES. THESE SYSTEMS HAVE FAILED TO PROTECT PLAINTIFF BROWN AND PLAINTIFF CARROLL AND CIRCUMVENTED BOTHS DUE PROCESS RIGHTS TO CONTACT ATTORNEYS. BOTH WERE VIOLATED WHILE IN BOY SCOUTS AND GIRL SCOUTS, RESPECTIVELY.

Claim 2: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

CIVIL RIGHTS VIOLATIONS AND DISCRIMINATION AS BOTH PLAINTIFFS ARE BLACK AND LGBTQ AND HAVE BEEN TARGET FOR THOSE REASONS

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

PLAINTIFFS CARROLL AND BROWN HAVE FILED COMPLAINTS AT THESE VARIOUS INSTITUTIONS ONLY TO SUFFER RETALIATION AND NO REMEDY(S). FOR BOTH PLAINTIFFS TO HAVE JUSTICE, APPOINTMENT OF COUNSEL WOULD BE WARRANTED TO OBTAIN ALL THE RECORDS AND DOCUMENTS, INCLUDING ABILITY TO NAME JOHN/JANE DOE(S). PLAINTIFFS ALSO ARE FILING TO SEEK DAMAGES FROM THE INSTITUTIONS AND STAFF MEMBERS BOTH INDIVIDUALLY/COLLECTIVELY AND

WILL BE MET WITH ALOT OF RETALIATION AND "GREEN WALL" COVER-UP/CODE-OF-SILENCE.

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

PLAINTIFF(S) CARROLL AND BROWN SEEK TO COLLECT DAMAGES FOR THE SEXUAL VIOLATIONS, PHYSICAL/PSYCHOLOGICAL DAMAGES THAT'LL BE LIFELONG

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12/26/22    Signature of Plaintiff: _____

(Revised 4/4/14)

TO: GOVERNOR NEWSOM, PRESIDENT BIDEN, VP KAMALA HARRIS, CDCR DIRECTOR/SECRETARY, ABC, NBC, CNBC, FOX, CBS, CNN/VAN JONES, L.A. TIMES, SACRAMENTO BEE, L.A. SENTINEL, SAN FRANCISCO BAY VIEW, U.S.A TODAY, U.S. ATTORNEY GENERAL, CA ATTORNEY GENERAL, DONALD TRUMP, JAY-Z, MEEK MILL, COCHRAN FIRM, GLORIA ALLRED, AVA DOUVERNAY, OPRAH WINFREY, CATLIN JENNER

FROM: TREMAYNE CARROLL #WB1153

RE: RACIAL JUSTICE ACT, JUVENILE JUSTICE, FAIR SENTENCING, PROP. 36, MILLER, AVILA, FRANKLIN, VARGAS, AB124

DATE: HOLIDAYS 2022

MY NAME IS TREMAYNE CARROLL. IM CURRENTLY A PRISONER OF POLITICS ON MY 25TH YEAR OF 25-TO-LIFE UNDER 3X'S. MY OFFENSE, AIDING GRAND THEFT PROPERTY, IS NONVIOLENT/NONSERIOUS. MY TWO PRIOR STRIKES ARE FROM ONE JUVENILE CONVICTION. THE PERSON IM ACCUSED OF AIDING GOT PROBATION (NOT A SINGLE DAY IN JAIL). UNDER CURRENT 3X LAW I WOULD BE SENTENCED TO ONE YEAR IN COUNTY JAIL FOR MY OFFENSE. I WAS DENIED RESENTENCING UNDER PROP. 36 AND REFUSED A HEARING UNDER THREE STRIKES REFORM ACT, PROP. 47, PROP. 57, AB124, AB256, AB2361, MILLER, FRANKLIN, VARGAN AND THE NATURAL AND PROBABLE CONSEQUENCE CLAUSE.

PICTURED WITH ME IS MY BEST FRIEND "ELEVEN". ELEVEN HAS BEEN INCARCERATED (20) YEARS FOR A SERIOUS OFFENSE SHE COMMITTED AS A JUVENILE.

ELEVEN FEARED TELLING THE TRUTH ABOUT THE CIRCUMSTANCES OF HER CRIME AS THERE WERE THREATS MADE TO HER, HER MOTHER AND HER FAMILY.

BEFORE ELEVEN EVEN LEARNED HOW TO SPELL "LIFE" SHE WAS THE VICTIM OF INCEST AND OTHER FORMS OF MOLESTATION BY FAMILY MEMBERS AND AUTHORITY FIGURES. ELEVEN WITNESSED AND SUFFERED TRAUMA AND ABUSE ON AN EVERYDAY BASIS.

AT AGE (12), ELEVEN MET THE (17) YEAR OLD REFERRED TO AS HER EX-BOYFRIEND IN COURT RECORDS. HOWEVER, THIS PERSON KIDNAPPED, RAPED, TORTURED, SOLD, TRAFFICKED ELEVEN INTO SUBMISSION. HE BECAME HER OWNER AND HER PIMP AS SHE WAS MANIPULATED INTO "STOCKHOLM SYNDROME". WHEN ELEVEN WAS (15) HER PIMP MANIPULATED HER INTO COMMITTING A CRIME AT THE VERY MOMENT SHE WAS SUFFERING A PSYCHOLOGICAL BREAKDOWN AFTER BEING RAPED, IMPREGNATED, HAVING A MISCARRIAGE.

HER PIMP FORCED HER TO COMMIT A CRIME THAT SHE'LL REGRET FOR THE REST OF HER LIFE. NEITHER ELEVEN NOR HER FAMILY COULD COME FORTH WITH THE TRUE FACTS OF THE CRIME. FOR THE SAFETY OF HER FAMILY, ELEVEN REMAINED SILENT AND WAS EVENTUALLY SENTENCED TO 37-TO-LIFE.

IMMEDIATELY UPON ENTERING THE SYSTEM, ELEVEN WAS VICTIMIZED BY MALE STAFF MEMBERS. IN CDCR ELEVEN BECAME THE SEX SLAVE OF MULTIPLE CORRECTIONAL AND OTHER STAFF MEMBERS WHO TRADED AND SOLD/TRAFFICKED AMONGST EACH OTHER. THIS HAS CONTINUED FOR (20) YEARS, AS ALL ELEVEN KNOWS HOW TO DO IS REMAIN SILENT WITH HER LEARNED HELPLESSNESS. I CAME TO CCWF ON AUGUST 26, 2021 UNDER SB132. I MET ELEVEN A FEW MONTHS AFTER I GOT HERE. WE HAD A BRIEF CONVERSATION WHERE SHE GAVE ME ADVICE ON WHAT GROUPS TO TRY TO SIGN UP FOR AND I GAVE HER LEGAL ADVICE. WE WOULD BUMP INTO EACH OTHER EVERY NOW AND THEN. EACH TIME WE'D HAVE FORWARD CONVERSATIONS ON NEW LAWS OR LEGAL HAPPENINGS.

AT SOME POINT ELEVEN'S ROOMMATES BECAME ANGRY AT HER TALKING TO ME. THE OVERWHELMING MAJORITY OF THE SLAVE-MINDED WOMEN AT CCWF DON'T WANT TRANSWOMEN ON "THEIR" PLANTATION. THESE WOMEN APPROACHED ELEVEN WITH ILL INTENTIONS ABOUT HER ASSOCIATION WITH ME. ELEVEN DEFENDED THE ATTEMPT ON HER LIFE AND SINCE ONE OF THEM CAME OUT OF IT LOOKING LIKE THE ONE WHO GOT "CORRECTED," ELEVEN RECEIVED AN RVR (AFTER 9 YEARS WRITE-UP FREE) FOR MUTUAL COMBAT.

SHORTLY AFTER ELEVEN WAS SHIPPED TO THE UNIT THAT I'M HOUSED. SHE WAS IMMEDIATELY WARNED BY DISGRACED FORMER CCWF OFFICER HAYNES NOT TO ASSOCIATE WITH ME.

99% OF THESE WOMEN ARE DIVIDED SO THEY'RE ALREADY CONQUERED. HOWEVER, KINDRED SPIRITS CONNECT SPIRITUALLY SO WE HAD MANY ROUND TABLES CENTERED ON HOW JUST-US CONSTANTLY BE VICTIMS ON INJUSTICE.

FOR THE FIRST (9) MONTHS OR SO OF MY TIME AT CCWF I COULDN'T HAVE

ROOMMATES.

I LEARNED FIRSTHAND THAT "EVERYTHING" IS FOR SELL AT CCWF AT THE SAMETIME THAT ANOTHER ASSOCIATE OF MINE WAS BEING TARGETED IN RETALIATION AGAINST ME. OTHER ASSOCIATES TOLD ME WHO TO TALK TO.

I APPROACHED AN OFFICER AND ASKED THAT PERSON ABOUT MOVING MY ASSOCIATE INTO MY ROOM AND PUT THE PIECES IN PLACE FOR HER TO STAY. THIS OFFICER TOLD ME HE WAS AWARE OF THE SETTLEMENT I HAD WITH CDCR AND NAMED HIS PRICE. I PAID THE PRICE AND THE MOVE GOT DONE.

DISGRACED OFFICER HAYNES WAS ENRAGED AND A MONTH OR SO LATER SHE ENTERED OUR ROOM TO AVOID CAMERA DETECTION AND ASSAULTED MY ROOMMATE AND I. THE FOLLOWING WEEK DISGRACED OFFICER HAYNES PLACED MY ROOMMATE IN AD-SEG FOR FALSIFIED REASONS. DAYS LATER, THE OFFICER I PAID TO GET A ROOMMATE APPROACHED ME ABOUT ME PAYING TO HAVE ELEVEN MOVED IN MY ROOM. HE TOLD ME FOR THE

RIGHT PRICE HE WOULD NOT ONLY MOVE ELEVEN IN MY ROOM, HE WOULD MAKE SURE I COULD HAVE MY WAY WITH HER. NEITHER ELEVEN NOR I WAS INTERESTED IN EACH OTHER IN THAT FASHION BUT I DID WANT HER AS A ROOMMATE. IM PERMANENT WHEELCHAIR SO SOME OF THE ROOM CLEANING I NEEDED ASSISTANCE WITH.

THIS OFFICER WAS CLEARLY ACTING AS HER PIMP, TRAFFICKING HER AS HE HAD MY LAST ROOMMATE AND MANY OTHERS. I PAID HIM SO HE MOVED ELEVEN AND HER ROOMMATE TO MY ROOM. I IMMEDIATELY LEARNED THIS OFFICER WAS IN FACT ONE OF THE "PIMPS" IN GREEN AND THAT SHE'D BEEN SUBJECTED TO THIS FORM OF BEING SOLD AND TOLD WHAT TO DO TO SURVIVE. THE OTHER ROOMMATE WAS WORKING WITH DISGRACED OFFICER HAYNES AND TRIED ON NUMEROUS OCCASIONS TO ENTICE ME SEXUALLY. SHE EVEN SEXUALLY ASSAULTED ME, IN VIOLATION OF CDCR PRISON RAPE ELIMINATION ACT.

ULTIMATELY THIS INMATE TEAMED UP WITH

DISGRACED OFFICER HAYNES AND LT. CONTRERAS (WHO MANUFACTURED BEEF WITH ME BECAUSE HE WAS ROMANTICALLY INVOLVED WITH ANOTHER INMATE HE THOUGHT WAS ROMANTICALLY INTO ME) AND FALSIFIED DOCUMENTS THAT WERE PLACED IN THE FILES OF ME AND ELEVEN TO KEEP US SEPERATED.

KEEP IN MIND NOTHING DISCIPLINARY WAS DONE TO THE ROOMMATE WHO SEXVALLY ASSAULTED ME. I'LL NOW MENTION DISGRACED OFFICER HAYNES HAD ANOTHER INMATE ASSAULT ME (3) TIMES ON CAMERA AND FACED NO DISCIPLINARY ACTION.

ELEVEN SHOULD BE HOME, SHE'S OVERPAID HER DEBT TO A SOCIETY THATS BEEN SUBJECTING HER TO A SYSTEM THATS FAILED HER HER ENTIRE LIFE. SHE'S BEING <u>PIMPED AND TRAFFICKED IN PRISON</u>. ONE OF HER SAYINGS IS," HOW CAN I BE REHABILATED WHEN I'VE NEVER BEEN HABILITATED."

THERE ARE HUNDREDS OF ELEVENS AT CCWF, CIW, FOLSOM. SOME OF WHICH WHO'VE BEEN PREGNANT BY STAFF MEMBERS AND FORCED TO PERFORM THEIR OWN ABORTIONS. I'VE HEARD THE HORROR

STORIES AND LEARNED WHERE LITERAL BODIES (FETUS') ARE BURIED ON PRISON YARDS. THESE LADIES ARE AFRAID AS THESE MEN HOLD THE KEYS TO THEIR FREEDOM, VIA, RIGGED BPH SYSTEM, JOBS, PROGRAMS, HOUSING, ETC.

ELEVEN AND I ARENT AFRAID TO SPEAK UP AND SPEAK OUT ON OUR CRIMES, SENTENCES, AND INDIVIDUAL/COLLECTIVE EXPERIENCES IN THE CALIFORNIA DEPARTMENT OF CORRUPTIONS AND RACISM. OF COURSE WE WOULD NEED LEGAL REPRESENTATION AND WHISTLEBLOWER PROTECTIONS TO NAME NAMES AS THE CCPOA WILL USE ITS "GREEN WALL" TO CRUSH US AND BURY US ALIVE.

THE THINGS GOING ON AT CCWF WOULD BURY ALIVE ANY HOPES OF OUR GOVERNOR BECOMING PRESIDENT.

WE ARE IN THE PROCESS OF PUBLISHING A BOOK ON OUR STORY AND EXPERIENCES AT CCWF. LOOK FOR "DONT JUDGE A BOOK" ON AMAZON.COM IN THE NEW YEAR.

WE APPRECIATE YOUR TIME AND CONSIDERATION. IM "ENEMY OF THE STATE" BASED ON ME BEING INMATE NUMBER ONE IN ARMSTRONG V. NEWSOM

AND CARROLL V. TOELE, ET. AL (THE CASE I WAS FORCED TO SETTLE WITH CDCR AS THE CORRUPT OFFICERS WERE DEFENDED BY CALIFORNIA ATTORNEY GENERAL. I WAS LEFT HANDCUFFED IN MY WHEELCHAIR FOR 3 DAYS IN AD-SEG AT RJD. I WAS IN AD-SEG FOR REPORTING BEING THE VICTIM OF EMPLOYEE SEXUAL MISCONDUCT). CDCR IS GOING TO RECOMMEND ME FOR RECALL OF SENTENCING AS A NON-VIOLENT OFFENDER NOR IS THEIR CORRUPT BPH GOING TO FREE ME. ON THE OTHER HAND, ELEVEN SHOULD MAKE PAROLE. WE WATCH PEOPLE GETTING PAROLED, FOR SOME OF THE WORST CRIMES IMAGINABLE, ON A DAILY BASIS. I FEAR HER ASSOCIATION WITH ME WILL EFFECT HER BPH CHANCES. WE BOTH FEAR CDCR CAN MAKE HER "DISAPPEAR", AS HAS BEEN THE CASE WITH MULTIPLE STAFF AND INMATES WHO'VE SPOKEN OUT ABOUT CORRUPTION. ELEVEN DOESN'T WISH TO RECEIVE MAIL FROM INMATES NOR ANYONE WHO'S NOT TRYING TO HELP HER OBTAIN FREEDOM AND JUSTICE. ATTORNEYS, ADVOCATES, LAW ENFORCEMENT, MEDIA CAN CONTACT HER THRU ME. PEACE, BLESSINGS, LOVE...

PRISONER OF POLITRIX
TREMAYNE

✱ YOU HAVE MY CONSENT TO PRINT/PUBLISH THIS IN ITS ENTIRETY

*[Left margin, vertical:]* CHECK OUT "INITIATED" AND "A GENTLEMAN AND A GANGSTA" BY TREMAYNE CARROLL ON AMAZON