RECEIVED          FILED

CARROLL, T. #WB1153
P.O. BOX 1508
CCWF, 504-120
CHOWCHILLA, CA 93610

JAN 18 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

JAN 18 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CARROLL, TREMAYNE,
BROWN, LATASHA (#X-08560),
CCWF SEXUAL ASSAULT
VICTIMS,
      PLAINTIFFS

VALLEJO POLICE DEPARTMENT,
WARDEN MIKE PALLARES,
GREG RODRIGUEZ, SGT. CONTRERAS,
ET. AL, JOHN/JANE DOE(S)
      DEFENDANT(S)

CASE NO. 1:23-CV-00004-GAS (PC)
AMENDED COMPLAINT, MOTION
FOR APPOINTMENT OF COUNSEL,
PRELIMINARY INJUCTIVE RELIEF,
TEMPORARY RESTRAINING ORDER
(LIVES OF ALL VICTIMS IN IMMINENT
DANGER).
01/10/23, 1600 HRS.

PLAINTIFF CARROLL BROUGHT THIS CIVIL ACTION ON BEHALF OF HERSELF, LATASHA BROWN AND OTHER SEXUAL ASSAULT VICTIMS AT CCWF ELECTRONICALLY ON 12/27/22, AHEAD OF THE SCANDAL AND MEDIA EXPOSURE AT CCWF REGARDING EMPLOYEE SEXUAL MISCONDUCT. DUE TO THE MAGNITUDE OF THIS CASE AND SITUATION, INCLUDING NUMBER OF

VICTIMS, NUMBER OF DEFENDANT(S)/SEXUAL DEVIANTS APPOINTMENT OF COUNSEL IS WARRANTED AS CDCR/CCWF IS ALREADY TRYING TO COVER THIS UP. PLAINTIFFS CARROLL AND BROWN WERE BOTH SEXUALLY ASSAULTED BY WARDEN MIKE PALLARES, FORMER OFFICER RODRIGUEZ, SGT. CONTRERAS AND OTHERS. WARDEN PALLARES ASSIGNED ISU SGT. BROWNE TO HEAD INVESTIGATION BUT SGT. BROWNE HAS SEVERAL INMATES HE'S SEXUALLY ASSAULTED AS WELL. SGT. BROWNE IS GOING AROUND THREATENING KNOWN VICTIMS AND WITNESSES. CDCR'S "GREEN WALL" AND CODE-OF-SILENCE HAS BEEN ACTIVATED. PLAINTIFF CARROLL IS THE ONLY DOCUMENTED VICTIM THAT HASN'T BEEN TRANSFERRED OUT OF CCWF FOR HER PROTECTION. HOWEVER, PLAINTIFF CARROLL IS BEING TORTURED IN CCWF AD-SEG AND IS CURRENTLY ON A HUNGER STRIKE, AFRAID CCWF IS KEEPING HER HERE TO HARM HER. SGT. BROWN SPREAD WORD THAT LATASHA BROWN WAS MOVED TO CIW BECAUSE SHE'S PREGNANT BUT WON'T SAY BY WHAT STAFF PREDATOR. THE LIVES OF PLAINTIFFS CARROLL AND BROWN ARE IN IMMINENT DANGER SO PRELIMINARY INJUNCTIVE RELIEF AND TEMPORARY RESTRAINING ORDER FROM CCWF AND CDCR ARE WARRANTED FOR CASE OF THIS MAGNITUDE WITH MEDIA COVERAGE. THE ABOVE IS TRUE TO MY KNOWLEDGE.

(IN PRO-SE)

1-10-23

P.C. 1258

ATTACHMENT AND DECLARATION OF IMMINENT DANGER FOR ALL VICTIMS OF EMPLOYEE SEXUAL MISCONDUCT AT CCWF AND OTHER PRISONS, JAILS, POLICE STATIONS, JUVENILE FACILITIES. PLAINTIFFS CARROLL AND BROWN, L. LIVES ARE IN JEOPARDY. CCWF/CDCR WANTS TO SILENCE ALL VICTIMS AND IF PLAINTIFF BROWN IS PREGNANT THEY WOULD KILL HER BEFORE THEY LET HER HAVE A BABY POTENTIALLY BY STAFF ABUSER. TEMPORARY RESTRAINING ORDER ON AN "EMERGENCY" STATUS UNDER PRELIMINARY INJUNCTIVE RELIEF SHOULD BE GRANTED IMMEDIATELY TO GET PLAINTIFF CARROLL OUT OF CCWF AND ALL VICTIMS OUT OF CDCR CUSTODY

TO: GOVERNOR NEWSOM, PRESIDENT BIDEN, VP KAMALA HARRIS, CDCR DIRECTOR/SECRETARY, ABC, NBC, CNBC, FOX, CBS, CNN/VAN JONES, L.A. TIMES, SACRAMENTO BEE, L.A. SENTINEL, SAN FRANCISCO BAY VIEW, U.S.A TODAY, U.S. ATTORNEY GENERAL, CA ATTORNEY GENERAL, DONALD TRUMP, JAY-Z, MEEK MILL, COCHRAN FIRM, GLORIA ALLRED, AVA DOUVERNAY, OPRAH WINFREY, CATLIN JENNER

FROM: TREMAYNE CARROLL #WB1153

RE: RACIAL JUSTICE ACT, JUVENILE JUSTICE, FAIR SENTENCING, PROP. 36, MILLER, AVILA, FRANKLIN, VARGAS, AB124

DATE: HOLIDAYS 2022 (11/01/22)

MY NAME IS TREMAYNE CARROLL. IM CURRENTLY A PRISONER OF POLITICS ON MY 25TH YEAR OF 25-TO-LIFE UNDER 3X'S. MY OFFENSE, AIDING GRAND THEFT PROPERTY, IS NONVIOLENT/NONSERIOUS. MY TWO PRIOR STRIKES ARE FROM ONE JUVENILE CONVICTION. THE PERSON IM ACCUSED OF AIDING GOT PROBATION (NOT A SINGLE DAY IN JAIL). UNDER CURRENT 3X LAW I WOULD BE SENTENCED TO ONE YEAR IN COUNTY JAIL FOR MY OFFENSE. I WAS DENIED RESENTENCING UNDER PROP. 36 AND REFUSED A HEARING UNDER THREE STRIKES REFORM ACT, PROP. 47, PROP. 57, AB124, AB256, AB2361, MILLER, FRANKLIN, VARGAN AND THE NATURAL AND PROBABLE CONSEQUENCE CLAUSE.

PICTURED WITH ME IS MY BEST FRIEND "ELEVEN". ELEVEN HAS BEEN INCARCERATED (20) YEARS FOR A SERIOUS OFFENSE SHE COMMITTED AS A JUVENILE.

ELEVEN FEARED TELLING THE TRUTH ABOUT THE CIRCUMSTANCES OF HER CRIME AS THERE WERE THREATS MADE TO HER, HER MOTHER AND HER FAMILY.

BEFORE ELEVEN EVEN LEARNED HOW TO SPELL "LIFE" SHE WAS THE VICTIM OF INCEST AND OTHER FORMS OF MOLESTATION BY FAMILY MEMBERS AND AUTHORITY FIGURES. ELEVEN WITNESSED AND SUFFERED TRAUMA AND ABUSE ON AN EVERYDAY BASIS.

AT AGE (12), ELEVEN MET THE (17) YEAR OLD REFERRED TO AS HER EX-BOYFRIEND IN COURT RECORDS. HOWEVER, THIS PERSON KIDNAPPED, RAPED, TORTURED, SOLD, TRAFFICKED ELEVEN INTO SUBMISSION. HE BECAME HER OWNER AND HER PIMP AS SHE WAS MANIPULATED INTO "STOCKHOLM SYNDROME". WHEN ELEVEN WAS (15), HER PIMP MANIPULATED HER INTO COMMITTING A CRIME AT THE VERY MOMENT SHE WAS SUFFERING A PSYCHOLOGICAL BREAKDOWN AFTER BEING RAPED, IMPREGNATED, HAVING A MISCARRIAGE.

HER PIMP FORCED HER TO COMMIT A CRIME THAT SHE'LL REGRET FOR THE REST OF HER LIFE. NEITHER ELEVEN NOR HER FAMILY COULD COME FORTH WITH THE TRUE FACTS OF THE CRIME. FOR THE SAFETY OF HER FAMILY, ELEVEN REMAINED SILENT AND WAS EVENTUALLY SENTENCED TO 37-TO-LIFE.

IMMEDIATELY UPON ENTERING THE SYSTEM, ELEVEN WAS VICTIMIZED BY MALE STAFF MEMBERS. IN CDCR ELEVEN BECAME THE SEX SLAVE OF MULTIPLE CORRECTIONAL AND OTHER STAFF MEMBERS WHO TRADED AND SOLD/TRAFFICKED AMONGST EACH OTHER. THIS HAS CONTINUED FOR (20) YEARS, AS ALL ELEVEN KNOWS HOW TO DO IS REMAIN SILENT WITH HER LEARNED HELPLESSNESS.

I CAME TO CCWF ON AUGUST 26, 2021 UNDER SB132. I MET ELEVEN A FEW MONTHS AFTER I GOT HERE. WE HAD A BRIEF CONVERSATION WHERE SHE GAVE ME ADVICE ON WHAT GROUPS TO TRY TO SIGN UP FOR AND I GAVE HER LEGAL ADVICE. WE WOULD BUMP INTO EACH OTHER EVERY NOW AND THEN. EACH TIME WE'D HAVE FORWARD CONVERSATIONS ON NEW LAWS OR LEGAL HAPPENINGS.

AT SOME POINT ELEVEN'S ROOMMATES BECAME ANGRY AT HER TALKING TO ME. THE OVERWHELMING MAJORITY OF THE SLAVE-MINDED WOMEN AT CCWF DON'T WANT TRANSWOMEN ON "THEIR" PLANTATION. THESE WOMEN APPROACHED ELEVEN WITH ILL INTENTIONS ABOUT HER ASSOCIATION WITH ME. ELEVEN DEFENDED THE ATTEMPT ON HER LIFE AND SINCE ONE OF THEM CAME OUT OF IT LOOKING LIKE THE ONE WHO GOT "CORRECTED," ELEVEN RECEIVED AN RVR (AFTER 9 YEARS WRITE-UP FREE) FOR MUTUAL COMBAT.

SHORTLY AFTER ELEVEN WAS SHIPPED TO THE UNIT THAT I'M HOUSED. SHE WAS IMMEDIATELY WARNED BY DISGRACED FORMER CCWF OFFICER HAYNES NOT TO ASSOCIATE WITH ME.

99% OF THESE WOMEN ARE DIVIDED SO THEY'RE ALREADY CONQUERED. HOWEVER, KINDRED SPIRITS CONNECT SPIRITUALLY SO WE HAD MANY ROUND TABLES CENTERED ON HOW JUST-US CONSTANTLY BE VICTIMS ON INJUSTICE.

FOR THE FIRST (9) MONTHS OR SO OF MY TIME AT CCWF I COULDN'T HAVE

ROOMMATES.

I LEARNED FIRSTHAND THAT "EVERYTHING" IS FOR SELL AT CCWF AT THE SAMETIME THAT ANOTHER ASSOCIATE OF MINE WAS BEING TARGETED IN RETALIATION AGAINST ME. OTHER ASSOCIATES TOLD ME WHO TO TALK TO.

I APPROACHED AN OFFICER AND ASKED THAT PERSON ABOUT MOVING MY ASSOCIATE INTO MY ROOM AND PUT THE PIECES IN PLACE FOR HER TO STAY. THIS OFFICER TOLD ME HE WAS AWARE OF THE SETTLEMENT I HAD WITH CDCR AND NAMED HIS PRICE. I PAID THE PRICE AND THE MOVE GOT DONE.

DISGRACED OFFICER HAYNES WAS ENRAGED AND A MONTH OR SO LATER SHE ENTERED OUR ROOM TO AVOID CAMERA DETECTION AND ASSAULTED MY ROOMMATE AND I. THE FOLLOWING WEEK DISGRACED OFFICER HAYNES PLACED MY ROOMMATE IN AD-SEG FOR FALSIFIED REASONS. DAYS LATER, THE OFFICER I PAID TO GET A ROOMMATE APPROACHED ME ABOUT ME PAYING TO HAVE ELEVEN MOVED IN MY ROOM. HE TOLD ME FOR THE

RIGHT PRICE HE WOULD NOT ONLY MOVE ELEVEN IN MY ROOM, HE WOULD MAKE SURE I COULD HAVE MY WAY WITH HER. NEITHER ELEVEN NOR I WAS INTERESTED IN EACH OTHER IN THAT FASHION BUT I DID WANT HER AS A ROOMMATE. IM PERMANENT WHEELCHAIR SO SOME OF THE ROOM CLEANING I NEEDED ASSISTANCE WITH.

THIS OFFICER WAS CLEARLY ACTING AS HER PIMP, TRAFFICKING HER AS HE HAD MY LAST ROOMMATE AND MANY OTHERS. I PAID HIM SO HE MOVED ELEVEN AND HER ROOMMATE TO MY ROOM. I IMMEDIATELY LEARNED THIS OFFICER WAS IN FACT ONE OF THE "PIMPS" IN GREEN AND THAT SHE'D BEEN SUBJECTED TO THIS FORM OF BEING SOLD AND TOLD WHAT TO DO TO SURVIVE.

THE OTHER ROOMMATE WAS WORKING WITH DISGRACED OFFICER HAYNES AND TRIED ON NUMEROUS OCCASIONS TO ENTICE ME SEXUALLY. SHE EVEN SEXUALLY ASSAULTED ME, IN VIOLATION OF CDCR PRISON RAPE ELIMINATION ACT.

ULTIMATELY THIS INMATE TEAMED UP WITH

DISGRACED OFFICER HAYNES AND LT. CONTRERAS (WHO MANUFACTURED BEEF WITH ME BECAUSE HE WAS ROMANTICALLY INVOLVED WITH ANOTHER INMATE HE THOUGHT WAS ROMANTICALLY INTO ME) AND FALSIFIED DOCUMENTS THAT WERE PLACED IN THE FILES OF ME AND ELEVEN TO KEEP US SEPERATED.

KEEP IN MIND NOTHING DISCIPLINARY WAS DONE TO THE ROOMMATE WHO SEXUALLY ASSAULTED ME. I'LL NOW MENTION DISGRACED OFFICER HAYNES HAD ANOTHER INMATE ASSAULT ME (3) TIMES ON CAMERA AND FACED NO DISCIPLINARY ACTION.

ELEVEN SHOULD BE HOME, SHE'S OVERPAID HER DEBT TO A SOCIETY THATS BEEN SUBJECTING HER TO A SYSTEM THATS FAILED HER HER ENTIRE LIFE. SHE'S BEING PIMPED AND TRAFFICKED IN PRISON. ONE OF HER SAYINGS IS, "HOW CAN I BE REHABILATED WHEN I'VE NEVER BEEN HABILITATED."

THERE ARE HUNDREDS OF ELEVENS AT CCWF, CIW, FOLSOM. SOME OF WHICH WHO'VE BEEN PREGNANT BY STAFF MEMBERS AND FORCED TO PERFORM THEIR OWN ABORTIONS. I'VE HEARD THE HORROR

STORIES AND LEARNED WHERE LITERAL BODIES (FETUS') ARE BURIED ON PRISON YARDS. THESE LADIES ARE AFRAID AS THESE MEN HOLD THE KEYS TO THEIR FREEDOM, VIA, RIGGED BPH SYSTEM, JOBS, PROGRAMS, HOUSING, ETC.

ELEVEN AND I ARENT AFRAID TO SPEAK UP AND SPEAK OUT ON OUR CRIMES, SENTENCES, AND INDIVIDUAL/COLLECTIVE EXPERIENCES IN THE CALIFORNIA DEPARTMENT OF CORRUPTIONS AND RACISM. OF COURSE WE WOULD NEED LEGAL REPRESENTATION AND WHISTLEBLOWER PROTECTIONS TO NAME NAMES AS THE CCPOA WILL USE ITS "GREEN WALL" TO CRUSH US AND BURY US ALIVE.

THE THINGS GOING ON AT CCWF WOULD BURY ALIVE ANY HOPES OF OUR GOVERNOR BECOMING PRESIDENT.

WE ARE IN THE PROCESS OF PUBLISHING A BOOK ON OUR STORY AND EXPERIENCES AT CCWF. LOOK FOR "DONT JUDGE A BOOK" ON AMAZON.COM IN THE NEW YEAR.

WE APPRECIATE YOUR TIME AND CONSIDERATION.

IM "ENEMY OF THE STATE" BASED ON ME BEING INMATE NUMBER ONE IN ARMSTRONG V. NEWSOM

AND CARROLL V. TOELE, ET. AL (THE CASE I WAS FORCED TO SETTLE WITH CDCR AS THE CORRUPT OFFICERS WERE DEFENDED BY CALIFORNIA ATTORNEY GENERAL. I WAS LEFT HANDCUFFED IN MY WHEELCHAIR FOR 3 DAYS IN AD-SEG AT RJD. I WAS IN AD-SEG FOR REPORTING BEING THE VICTIM OF EMPLOYEE SEXUAL MISCONDUCT). CDCR IS GOING TO RECOMMEND ME FOR RECALL OF SENTENCING AS A NON-VIOLENT OFFENDER NOR IS THEIR CORRUPT BPH GOING TO FREE ME. ON THE OTHER HAND, ELEVEN SHOULD MAKE PAROLE. WE WATCH PEOPLE GETTING PAROLED, FOR SOME OF THE WORST CRIMES IMAGINABLE, ON A DAILY BASIS. I FEAR HER ASSOCIATION WITH ME WILL EFFECT HER BPH CHANCES. WE BOTH FEAR CDCR CAN MAKE HER "DISAPPEAR", AS HAS BEEN THE CASE WITH MULTIPLE STAFF AND INMATES WHO'VE SPOKEN OUT ABOUT CORRUPTION. ELEVEN DOESN'T WISH TO RECEIVE MAIL FROM INMATES NOR ANYONE WHO'S NOT TRYING TO HELP HER OBTAIN FREEDOM AND JUSTICE. ATTORNEYS, ADVOCATES, LAW ENFORCEMENT, MEDIA CAN CONTACT HER THRU ME.

PEACE, BLESSINGS, LOVE...

                      PRISONER OF POLITRIX
                      TREMAYNE

※ YOU HAVE MY CONSENT TO PRINT/PUBLISH THIS IN ITS ENTIRETY

*(Left margin, vertical): AMAZON ON CARROLL TREMAYNE BY "GANGSTA A AND GENTLEMAN A AND "INITIATED" OUT CHECK*