**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TREMAINE DEON CARROLL,<br><br>     Plaintiff,<br><br>v.<br><br>VALLEJO POLICE DEPARTMENT, et al.,<br><br>     Defendants. | 1:23-cv-00004-JLT-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. 10.)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Docs. 6, 8.) |

The assigned magistrate judge issued findings and recommendations supporting that Plaintiff's motions for preliminary injunctive relief, filed on February 7, 2023 and February 16, 2023, be denied. (Docs. 6 & 8.) Plaintiff filed objections to the findings and recommendations. (Doc. 12.)

According to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis. Among other things, as magistrate judge correctly explained, Plaintiff's complaint was dismissed with leave to amend on February 10, 2023, for failure to state a claim. (Doc. 7.) Plaintiff has yet to file an amended complaint, so there is no operative complaint in this matter, a fact which precludes injunctive relief of any kind. Thus, the Court **ORDERS**:

　　1.　　The findings and recommendations issued by the magistrate judge on March 3, 2023,

1

are **ADOPTED IN FULL**.

2. Plaintiff's motions for preliminary injunctive relief, filed on February 7, 2023 and March 16, 2023, are **DENIED**.

IT IS SO ORDERED.

Dated: **March 17, 2023**

UNITED STATES DISTRICT JUDGE