# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE DEON CARROLL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALLEJO POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | 1:23-cv-00004-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S REQUESTS, WITHOUT PREJUDICE**<br><br>**(ECF No. 15.)**<br><br>**ORDER ADVISING PLAINTIFF THAT SHE IS NOT PERMITTED TO REFER TO MULTIPLE CASES IN CAPTION** |

**I.　BACKGROUND**

Tremaine Deon Carroll ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights case pursuant to 42 U.S.C. § 1983. On April 11, 2023, Plaintiff filed a document titled, "Objection to Court's Ruling/Recommendations, Reconsider, Extension of Time, Appointment of Counsel." (ECF No. 15.) In the document, Plaintiff states:

> "Plaintiff contends that CCWF/CDCR has routinely brought legal mail to her 2-3 weeks after the dates on the form state for her to sign [*sic*]. This has caused Plaintiff to refuse the mail and all of this is captured on body-cams of staff delivering mail. This court can't pretend it isn't aware of this due process circumvention measure practiced by CDCR to get cases dismissed. Petitioner prays for (90) day extension to file amended complaint."

(ECF No. 15 at 1.)

1

## II.  DISCUSSION

To the extent that Plaintiff is objecting to a court order, requesting reconsideration of a court order, or seeking an extension of time or appointment of counsel, Plaintiff has not provided sufficient information for the court to address these issues.  The Court shall not guess what Plaintiff is requesting and why.  Plaintiff has attached an exhibit to Plaintiff's filing a copy of a document previously filed in multiple cases on March 15, 2023; however, this attachment does not provide the information needed by the Court to consider Plaintiff's requests. (Exhibit to ECF No. 15.)

Plaintiff must show good cause before the Court will grant a motion for appointment of counsel or extension of time.  In addition, before the Court can consider Plaintiff's requests, Plaintiff must identify which order Plaintiff is objecting to or seeks reconsideration of.  Plaintiff has not done so.  Therefore, the Court shall deny Plaintiff's requests without prejudice to renewal at a later time.

Moreover, Plaintiff is reminded that any document submitted to the Court for filing in this case should only refer to case 1:23-cv-00004-JLT-GSA-PC; Tremaine Carroll v. Vallejo Police Dept., et al.  Plaintiff is not permitted to list multiple case numbers in the caption of a document submitted to the Court for filing. Plaintiff was advised in the First Informational Order issued in this case on January 3, 2023:

> F. The first page of every document filed with the Court must contain a caption showing the name(s) of the plaintiff and defendants(s), the name of the document being filed, the case number assigned to the action followed by the initials of the District Court Judge and the Magistrate Judge to whom the case is assigned, and the letters "PC." Local Rule 133. If a party has more than one case pending and wants to file the same document in more than one case, the party must provide a separate copy of that document, with the correct case number in the first page caption, for each case. **Documents with more than one case number in the caption may be stricken/returned.** (Emphasis added.)

(First Informational Order, ECF No. 2 at 2 ¶ F.)

### III. CONCLUSION

Based on the foregoing, **IT IS HEREBY ORDERED** that Plaintiff's requests in the document titled, "Objection to Court's Ruling/Recommendations, Reconsider, Extension of Time, Appointment of Counsel," filed on April 11, 2023, are DENIED, without prejudice to renewal of the requests at a later time.   Should Plaintiff elect to so Plaintiff should follow the instructions set forth above.

IT IS SO ORDERED.

Dated:   **April 12, 2023**                             **/s/ Gary S. Austin**
                                                                          UNITED STATES MAGISTRATE JUDGE