1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  TREMAINE DEON CARROLL, | )  Case No.: 1:23-cv-0004 JLT GSA (PC) |
| | ) |
| 12              Plaintiff, | )  ORDER ADOPTING FINDINGS AND |
| | )  RECOMMENDATIONS IN FULL AND |
| 13       v. | )  DISMISSING THE ACTION WITHOUT |
| | )  PREJUDICE |
| 14  VALLEJO POLICE DEPARTMENT, et al., | ) |
| | )  (Doc. 17) |
| 15              Defendants. | ) |
| | ) |
| 16 _____ | ) |

17          Tremaine Deon Carroll asserts her civil rights were violated and seeks to hold the defendants

18  liable pursuant to 42 U.S.C. § 1983.  (Doc. 5.)  The assigned magistrate judge screened the allegations

19  of the First Amended Complaint pursuant to 28 U.S.C. § 1915A(a), and found Plaintiff failed to state a

20  cognizable claim.  (Doc. 14 at 4-10.)  Therefore, the magistrate judge directed Plaintiff to either file an

21  amended complaint or notify the Court that she wished to stand on the First Amended Complaint,

22  which case Plaintiff was informed the magistrate judge would recommend the matter be dismissed.

23  (*Id.* at 13-14.)  Plaintiff failed to respond to the Court's order.

24          On May 19, 2023, the magistrate judge found Plaintiff failed to comply with the Court's prior

25  order and recommended the action be dismissed without prejudice.  (Doc. 17.)  The Findings and

26  Recommendations were served on Plaintiff on the same date and it notified plaintiff that any objections

27  were due "on or before June 9, 2023."  (*Id.* at 3, emphasis omitted.)  In addition, the Court advised

28  Plaintiff that "failure to file objections within the specified time may result in the waiver of rights on

1  appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014), *Baxter v. Sullivan*,

2  923 F.2d 1391, 1394 (9th Cir. 1991).)  To date, Plaintiff has not filed objections or otherwise responded

3  to the Findings and Recommendations.

4         According to 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court conducted a d*e novo*

5  review of this case.  Having carefully reviewed the entire matter, the Court concludes the Findings and

6  Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

7       1.    The Findings and Recommendations issued on May 19, 2023 (Doc. 17) are **ADOPTED**

8          in full.

9       2.    This action is **DISMISSED** without prejudice, for Plaintiff's failure to comply with the

10         Court's order.

11      3.    The Clerk of Court is directed to close this case.

13 IT IS SO ORDERED.

14    Dated:  **June 26, 2023**

15                     UNITED STATES DISTRICT JUDGE