UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE CARROLL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALLEJO POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. 1:23-cv-00004 JLT GSA (PC)<br><br>ORDER DISREGARDING MOTION FOR RECONSIDERATION OF IN FORMA PAUPERIS, EXTENSION OF TIME, INJUNCTIVE RELIEF<br><br>(ECF No. 20) |

　　　Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff paid the filing fee. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　Before this Court is Plaintiff's motion for reconsideration of her[1] in forma pauperis action; for an extension of time, and for injunctive relief. ECF No. 20. The motion is rambling and unclear. In addition, the Court notes that Plaintiff has filed it in multiple cases that she has before the Court. See ECF No. 20 at 1.

---

[1] Plaintiff identifies as a transwoman. See ECF No. 20 at 1. For this reason, the Court uses she/her pronouns when referring to Plaintiff.

1

Finally, on June 26, 2023, this case was dismissed and the matter closed. See ECF Nos. 18, 19 (judgment and order).  Moreover, a review of the motion indicates that Plaintiff fails to link the requests in it to any particular facts or issues in this case.  For these reasons, the motion will be disregarded as improperly filed.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for reconsideration of her in forma pauperis action; for an extension of time, and for injunctive relief (ECF No. 20) is DISREGARDED as improperly filed.

**Plaintiff is informed that any future similar requests filed in this case will likely also be disregarded.**

IT IS SO ORDERED.

Dated:   **December 20, 2023**                     **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE